**E-Filing**

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (CSBN 0722)
   Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney

5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone:  (408) 535-5056
7     FAX: (408) 535-5066
      Susan.Knight@usdoj.gov

8

   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT

10
                   NORTHERN DISTRICT OF CALIFORNIA

11
                         SAN JOSE DIVISION

12

13  UNITED STATES OF AMERICA,          )     No. 05-70618 HRL
                                       )
14          Plaintiff,                 )     STIPULATION AND [~~PROPOSED~~]
                                       )     ORDER EXCLUDING TIME
15          v.                         )
                                       )
16                                     )
    JOSE LUIS MARTINEZ-OROZCO,         )     SAN JOSE VENUE
17                                     )
            Defendant.                 )
18                                     )
                                       )
19

20

21      On September 8, 2005, the parties in this case appeared before the Court for an arraignment.

22  At that appearance, Assistant United States Attorney Susan Knight explained to the Court that

23  the government has offered the defendant a "fast-track" resolution of his illegal reentry case,

24  however, he may not have an aggravated felony conviction which would result in a sentencing

25  range less than the proposed 30 months.  Therefore, in order to fully investigate the defendant's

26  criminal history, the parties requested that the arraignment be continued to September 29, 2005 at

27  9:30 a.m. In addition, the defendant, through his counsel, agreed to an exclusion of time under

28  Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from September 8,

1  2005 to September 29, 2005. The parties agree and stipulate that an exclusion of time is

2  appropriate based on the defendant's need for effective preparation of counsel.

3  SO STIPULATED:                    KEVIN V. RYAN
                                     United States Attorney

4

5  DATED:_____         _____/s/_____
                                     SUSAN KNIGHT
6                                    Assistant United States Attorney

7  DATED:_____         _____/s/_____
                                     ANGELA HANSEN
8                                    Assistant Federal Public Defender

9

10     Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is

11  continued to September 29, 2005 at 9:30 a.m. before the Honorable Judge Lloyd. Good cause

12  is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure

13  and 18 U.S.C. § 3060.

14     For good cause shown, the Court FURTHER ORDERS that time be excluded under the

15  Speedy Trial Act from September 8, 2005 to September 29, 2005. The Court finds, based on the

16  aforementioned reasons, that the ends of justice served by granting the requested continuance

17  outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant

18  the requested continuance would deny defense counsel reasonable time necessary for effective

19  preparation, taking into account the exercise of due diligence, and would result in a miscarriage

20  of justice. The Court therefore concludes that this exclusion of time should be made under 18

21  U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

22  SO ORDERED.

23

24  DATED: 9/12/05                _____
                                     RICHARD SEEBORG
25                                   United States Magistrate Judge

26

27

28

STIPULATION AND [PROPOSED] ORDER                    2
NO. 05-70618 HRL

1

2

       I hereby attest that I have on file all holograph signatures for any signatures indicated by a
"conformed" signature (/S/) within this efiled document.

3

4

DATED:_____            _____/s/_____
                                 SUSAN KNIGHT
                                 Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CAND-ECF     Case 5:05-cr-00627-RMW    Document 8    Filed 09/12/05    Page 4 of 5

## Other Documents
5:05-mj-70618-HRL USA v. Martinez-Orozco

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting "I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink..." on the ECF home page at

The following transaction was received from Knight, Susan on 9/12/2005 at 10:05 AM

**Case Name:**        USA v. Martinez-Orozco
**Case Number:**      5:05-mj-70618
**Filer:**            USA
**Document Number:** 7

**Docket Text:**
STIPULATION *and proposed order excluding time* by USA as to Jose Luis Martinez-Orozco (Knight, Susan) (Filed on 9/12/2005)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\SKreider\Martinez_Rule_5_and_STA_exclusion.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/12/2005] [FileNumber=2104670-0]

[b1a82f8b170f6c38426ff51046605b101d5f780c23569aaf1e6b1dcb631eb87ca3b2a
a8e668ad00bd1d3d920c810b0cd29fb90b9f797d99b12d845ba03a9ef0f]]

**5:05-mj-70618-1 Notice will be electronically mailed to:**

Susan Frances Knight    Susan.Knight@usdoj.gov,

Jay Rorty    jay_rorty@fd.org, susie_barrera@fd.org

**5:05-mj-70618-1 Notice will NOT be electronically mailed to:**